UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYLER GLENN LAGERWEY,

          Plaintiff,

v.

COMMISSIONER VERGE, et al.,

          Defendants.

Case No. C14-1030 JLR-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    This action is **DISMISSED without prejudice.**

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 29th day of Sept, 2014.

                        JAMES L. ROBART
                        United States District Judge

ORDER OF DISMISSAL - 1